MELINDA HAAG (CABN 132612)
United States Attorney
THOMAS MOORE (ALBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
BLAKE D. STAMM (CTBN 301887)
Assistant United States Attorney
   11th Floor Federal Building
   450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102
   Telephone:   (415) 436-7063
   Fax:            (415) 436-7009

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN GRAY, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) <br> _____) | CASE NO. 11-0680-SC <br><br> STIPULATION TO CONTINUE <br> ANSWER DATE AND [~~PROPOSED~~] <br> ORDER |

   1. The date by which the Defendant, United States of America ("defendant") is required to answer in the above-captioned matter is April 29, 2011.

   2. Defendant has requested, and Plaintiff has granted an extension of time to Defendant to prepare responsive pleadings herein.

   3. Plaintiff has sought, and Defendant has provided records from the Internal Revenue Service (IRS) which may affect the plaintiff's claim.

   4. To permit Defendant time to file appropriate responsive pleadings in the above captioned matter, and to permit Plaintiff the opportunity to review the records provided by Defendant, the parties have stipulated to a continuance for Defendant to answer to May 17, 2011.

Dated: April 28, 2011                              /s/ Blake D. Stamm
                                                            BLAKE D. STAMM
                                                            Assistant United States Attorney
                                                            Tax Division
                                                            Attorneys for United States of America

1 | Dated: April 28, 2011    /s/ Andrea D. McGary
2 |                          ANDREA D. McGARY
                             The McGary Firm
3 |                          Attorneys for Plaintiff Steven A. Gray
4 |
5 |     In accordance with the parties' stipulation,
6 |     IT IS SO ORDERED.
7 |
8 | Dated: April 29, 2010
9 |                          THE HONORABLE SAMUEL CONTI
                             United States District Judge

IT IS SO ORDERED.
Judge Samuel Conti