1  MELINDA HAAG
   United States Attorney
2
   MIRANDA KANE
3  Chief, Criminal Division

4  THOMAS M. NEWMAN
   Assistant United States Attorney
5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-6888

7  Attorneys for the United States of America

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                      SAN FRANCISCO DIVISION


| | |
|---|---|
| STEVEN A. GRAY, | No. 11-cv-680-SC |
| Plaintiff, | STIPULATION TO CONTINUE |
| v. | CASE MANAGEMENT CONFERENCE |
| UNITED STATES OF AMERICA, | |
| Defendant, | |
| UNITED STATES OF AMERICA, | |
| Counterclaim-Plaintff, | |
| vs. | |
| MANUEL MARTINEZ and STEVEN A. GRAY, | |
| Counterclaim Defendants. | |

The parties stipulate as follows:

1.  Plaintiff Steven A. Gray filed this action on February 15, 2011, which seeks a refund of federal taxes and abatement of civil trust fund penalties for specified periods.

2.  On May 16, 2011, defendant the United States filed an answer to the complaint that included a counterclaim seeking to reduce to judgment tax assessments for specified periods.

*Stipulation to Continue*
*Case No. 11-cv-680-SC*