| | |
|---|---|
| Andrea D. McGary, CA SBN 215703<br>THE McGARY FIRM<br>Attorneys At Law<br>505 Montgomery Street, 11th FL<br>San Francisco, CA 94111<br>Email: assistance@themcgaryfirm.com<br><br>Telephone: (415) 874-3500<br>Facsimile: (877) 243-9183<br>**Attorneys for Plaintiff and Counter-Defendant**<br>**Steven A. Gray** | |
| MELINDA HAAG (CABN 132612)<br>United States Attorney<br>THOMAS MOORE (ALBN 4305-O78T)<br>Assistant United States Attorney<br>Chief, Tax Division<br>9th Floor Federal Building<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102<br><br>Telephone: (415) 436-7017<br>Fax: (415) 436-7009<br>**Attorneys for the Defendant / Counter-Claimant**<br>**United States of America** | Jeffrey A. Titus, (CA SBN 114148)<br>P.O. Box 6772<br>Santa Rosa, CA 95406<br><br>Tel:   (707) 703-5619<br>Fax:   (707) 569-9183<br>Email: jaitken@sonic.net<br><br>**Attorney For Counter-Defendant**<br>**Manuel D. Martinez** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN A. GRAY,<br><br>         Plaintiff,<br>vs.<br><br>UNITED STATES OF AMERICA; and<br>DOES 1 through 30, inclusive.<br><br>         Defendant.<br>UNITED STATES OF AMERICA,<br><br>         Counter-Claimant,<br>vs.<br>MANUEL MARTINEZ and STEVEN A. GRAY<br><br>         Counter-Defendants | Case No. CV 11-0680 SC<br><br>**STIPULATION & [PROPOSED]**<br>**ORDER TO CONTINUE PRETRIAL**<br>**AND TRIAL DEADLINES**<br><br><br><br><br><br>Case filed:  February 15, 2011 |

---

STIPULATION & ORDER TO CONTINUE PRETRIAL & TRIAL DEADLINES

IT IS HEREBY STIPULATED by and between Plaintiff/ Counter-Defendant STEVEN A. GRAY (sometimes hereinafter "Plaintiff GRAY"), Defendant/Counter-Claimant UNITED STATES OF AMERICA (sometimes hereinafter "Defendant USA"), and Counter-Defendant MANUEL D. MARTINEZ (sometimes hereinafter "Counter-Defendant MARTINEZ") by and through their attorneys of record, that GOOD CAUSE exists and the parties request that the Court continue the pretrial and trial deadlines based on the following:

1. The suit involves liability for the Trust Fund Recovery Penalty for quarters ending March 31, 2007, September 30, 2007, December 31, 2007, March 31, 2008, and June 2008 as to federal employment taxes owed by Ace Roofing, Inc., a California corporation owned by Manuel Martinez.

2. Plaintiff/ Counter-Defendant GRAY disputes allegations that he was a responsible officer of Ace Roofing, Inc. and allegations that he willfully failed to collect, account for or turn over withholding and F.I.C.A. taxes with respect to Ace Roofing's employees for said periods. Mr. GRAY asserts that he was not a "Responsible Person" nor was he "Willful" within the meaning of 26 U.S.C § 6672 and the applicable court cases there under, nor under any other federal law provision. Counter-Defendant MARTINEZ seeks a determination that he is not liable as a "responsible person" under the Internal Revenue Code Section 6672 for payment of taxes or penalties owed by Ace Roofing, Inc.

3. Plaintiff GRAY has filed a *Certification of Interested Entities or Persons* as follows:

| Name | Connection or Interest |
|---|---|
| ACE ROOFING, INC., a California corporation<br>Agent For Service Process – Manuel D. Martinez | Principal debtor failing to tender federal employment taxes due to Defendant United States of America |
| MANUEL D. MARTINEZ<br>9065 Lakewood Drive<br>Windsor, CA 95492 | Principal debtor failing to tender federal employment taxes due to Defendant United States of America |
| MADELINE M. MARTINEZ<br>9065 Lakewood Drive<br>Windsor, CA 95492 | Spouse of Principal debtor failing to tender federal employment taxes due to Defendant United States of America and transferee of assets belonging to MANUEL MARTINEZ AND ACE ROOFING, INC. |

4.  Counter-Defendant MARTINEZ has filed a *Certification of Interested Entities or Persons* as follows:

| Name | Interest |
|---|---|
| ACE ROOFING, INC., a California corporation | Principal liable for underlying tax. |
| MADELINE M. MARTINEZ<br>9065 Lakewood Drive<br>Windsor, CA 95492 | Spouse MANUEL MARTINEZ |

5.  Pursuant to Federal Rule of Civil Procedure 16(b)(4), good cause exist for the Court to modify the July 22, 2011 *Status Conference Order Setting Times For Compliance With Certain Rules of Court*.

6.  At the time of the Initial Status Conference, the parties were engaged in settlement negotiations and expected that this matter would be resolved via settlement.  Such expectation was disclosed on the record to the Honorable Judge Conti.

7.  Although the parties agreed to early neutral evaluation in the joint case management statement filed herein on July 12, 2011, no mediation or other alternative dispute resolution orders have been issued. On July 22, 2011, expedited trial and trial related deadlines were set based on the Court's and the named parties' settlement expectations and belief that this case could be handled on an expedited basis with streamlined procedures assuming availability of pertinent IRS officers and employees for deposition and other discovery responses.

8.  <u>Settlement</u>: Settlement negotiations have stalled and the parties have resumed the discovery process.  This case can no longer be handled on an expedited basis with streamlined procedures for additional reasons discussed herein above and below.  The expected length of trial in this matter is four (4) days.

9.  <u>Joinder of Parties & Amendment To Pleadings</u>:  Plaintiff contends that not all necessary and indispensible parties have been joined.[1]

10. Counter-Defendant MANUEL MARTINEZ did not appear in the above captioned

---

[1] Internal Revenue Code Section 3505 provides for the liability of third parties paying or providing for wages. See also Plaintiff Gray's Complaint 5:19-9:22.

matter until June 20, 2011 and the expedited calendar does not provide sufficient time to prepare for trial.

11. <u>Early Neutral Evaluation Request</u>:  Plaintiff requests referral to mediation in these matters.

12. The parties are mindful of and respectful of the Court's July 22, 2011 *Status Conference Order Setting Times For Compliance With Certain Rules of Court* ("Status Conference Order") but continuing the discovery cut-off and pretrial deadlines is necessary for effective completion of discovery, participation in early neutral evaluation, and preparation for trial.

13. Based on the foregoing, the parties respectfully request that this Court 1) modify its July 22, 2011 Status Conference Order, 2) continue the current discovery cut-off and all pre-trial and trial related dates for at least ninety (90) days including but not limited to the dates requested below, and 3) issue an order directing the parties to mediation:

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| **Discovery Cut-Off** | October 5, 2011 | January 4, 2012 |
| **Motion Hearing Cut-Off** | October 21, 2011 | January 20, 2012 |
| **Pre-Trial Conference** | November 29, 2011 | February 28, 2012 |
| **Trial** | December 5, 2011 | March 5, 2012 |

Dated:  September 2, 2011                     The McGary Firm

                                              By:   /s/ Andrea D. McGary
                                                    Andrea D. McGary, Esq.

                                              Attorneys for Plaintiff/Counter-Defendant
                                              STEVEN A. GRAY

Dated:  September 2, 2011                     United States Attorney Office,
                                              Tax Division

                                              By:  /s/ Blake Stamm
                                                   Blake Stamm
                                                   Assistant United States Attorney
                                                   Tax Division

                                              Attorneys for Defendant/Counter-Claimant
                                              UNITED STATES OF AMERICA

Dated: September 2, 2011  Jeffrey A. Titus, Attorney At Law

By: /s/ Jeffrey A. Titus
Jeffrey A. Titus, Esq.

Attorneys for Counter-Defendant
MANUEL D. MARTINEZ

**ORDER**

Upon consideration of the parties' *Stipulation And [Proposed] Order To Continue Pretrial And Trial Deadlines,* and good cause appearing therefor,

IT IS HEREBY ORDERED that the pretrial and trial deadlines be continued as follows:

|  | Previous Deadline | Revised Deadline |
|---|---|---|
| **Mediation/Early Neutral Evaluation** |  |  |
| **Discovery Cut-Off** | October 5, 2011 | January 5, 2012 |
| **Motion Hearing Cut-Off** | October 21, 2011 | January 13, 2012 |
| **Pre-Trial Conference** | November 29, 2011 | February 24, 2012 |
| **Trial** | December 5, 2011 | March 5. 2012 |

IT IS SO ORDERED.

Dated: September __8__, 2011



Ho_____
United S_____ Judge
Judge Samuel Conti

i

STIPULATION & ORDER TO CONTINUE PRETRIAL & TRIAL DEADLINES