1  Andrea D. McGary, CA SBN 215703
   THE McGARY FIRM
2  Attorneys At Law
   505 Montgomery Street, 11th FL
3  San Francisco, CA  94111
   Email:  assistance@themcgaryfirm.com
4
   Telephone: (415) 874-3500
5  Facsimile:  (877) 243-9183
   **Attorneys for Plaintiff and Counter-Defendant**
6  **Steven A. Gray**

7

8  MELINDA HAAG (CABN 132612)
   United States Attorney
9  THOMAS MOORE (ALBN 4305-O78T)
   Chief, Tax Division
10 CYNTHIA L. STIER (DCBN 423256)
   Assistant United States Attorney
11 11th Floor Federal Building
   450 Golden Gate Avenue, Box 36055
12 San Francisco, California 94102

13
   Telephone: (415) 436-7000
14 Fax: (415) 436-7009
   **Attorneys for the Defendant / Counter-Claimant**
15 **United States of America**

16              UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT CALIFORNIA

18                SAN FRANCISCO DIVISION

19
   STEVEN A. GRAY,                          Case No. CV 11-0680 SC
20
                   Plaintiff ,             **STIPULATION & [PROPOSED]**
21        vs.                              **ORDER TO CONTINUE PRETRIAL,**
                                           **ADR, AND TRIAL DEADLINES**
22 UNITED STATES OF AMERICA; and
   DOES 1 through 30, inclusive.
23
                   Defendant.
24 UNITED STATES OF AMERICA,

25                Counter-Claimant,
          vs.
26 MANUEL MARTINEZ and STEVEN A.
   GRAY                                     Case filed:  February 15, 2011
27
              Counter-Defendants
28

IT IS HEREBY STIPULATED by and between Plaintiff/ Counter-Defendant STEVEN A. GRAY (sometimes hereinafter "Plaintiff GRAY") and Defendant/Counter-Claimant UNITED STATES OF AMERICA (sometimes hereinafter "Defendant USA"), by and through their attorneys of record, that GOOD CAUSE exists and the parties request that the Court continue the pretrial and trial deadlines based on the following:

1.   The suit involves liability for the Trust Fund Recovery Penalty for quarters ending March 31, 2007, September 30, 2007, December 31, 2007, March 31, 2008, and June 2008 as to federal employment taxes owed by Ace Roofing, Inc., a California corporation owned by MANUEL MARTINEZ.

2.   Plaintiff/ Counter-Defendant GRAY disputes allegations that he was a responsible officer of Ace Roofing, Inc. and allegations that he willfully failed to collect, account for or turn over withholding and F.I.C.A. taxes with respect to Ace Roofing's employees for said periods. Mr. GRAY asserts that he was not a "Responsible Person" nor was he "Willful" within the meaning of  26 U.S.C § 6672 and the applicable court cases there under, nor under any other federal law provision.

3.   Plaintiff GRAY has filed a *Certification of Interested Entities or Persons* as follows:

| Name | Connection or Interest |
|---|---|
| ACE ROOFING, INC., a California corporation<br>Agent For Service Process – Manuel D. Martinez | Principal debtor failing to tender federal employment taxes due to Defendant United States of America |
| MANUEL D.  MARTINEZ<br>9065 Lakewood Drive<br>Windsor, CA 95492 | Principal debtor failing to tender federal employment taxes due to Defendant United States of America |
| MADELINE M. MARTINEZ<br>9065 Lakewood Drive<br>Windsor, CA 95492 | Spouse of Principal debtor failing to tender federal employment taxes due to Defendant United States of America and transferee of assets belonging to MANUEL MARTINEZ AND ACE ROOFING, INC. |

4.   Counter-Defendant MANUEL MARTINEZ has stipulated to entry of judgment and has been dismissed from this action.

5.   Pursuant to Federal Rule of Civil Procedure 16(b)(4), good cause exist for the Court to

1   modify its September 9, 2011 *Order Continuing Trial and Pretrial Deadlines* and October 18,

2   2011 *Order Selecting ADR Process Early Neutral Evaluation*.

3          6.   Assistant US Attorney Cynthia Stier, Esq. was recently been assigned to this matter

4   during Assistant US Attorney Blake Stamm's extended leave.  Plaintiff/ Counter-Defendant

5   STEVEN A. GRAY and  Defendant/Counter-Claimant UNITED STATES OF AMERICA have

6   been engaged in renewed settlement negotiations and are exploring settlement options that require

7   certain government verification and approvals that will not be completed 1) prior to the current

8   January 5, 2011 Discovery cut-off, 2) January 10, 2012 deadline for the parties' Early Neutral

9   Evaluation ["ENE"] Briefs, 3) January 12, 2012 ENE Conference, 4) January 16, 2012 ENE

10  deadline, and 5) January 13, 2012  hearing on Plaintiffs' motion for joinder of Madeline

11  Martinez.  If settlement is feasible, all matters may be taken off calendar without additional

12  expenditure of the parties' and the Court's resources.

13         7.   The parties are mindful of and respectful of the Court's September 9, 2011 *Order*

14  *Continuing Trial and Pretrial Deadlines* and October 18, 2011 *Order Selecting ADR Process*

15  *Early Neutral Evaluation* but as detailed herein above additional times is required to explore

16  settlement options and reach settlement if feasible.  A short continuance of the discovery cut-off,

17  ENE, pretrial, and trial deadlines is necessary to allow the parties to complete their pending

18  settlement exploration  and obtain necessary government verifications and approvals if full and

19  final settlement can be reached.

20         8.   Based on the foregoing, the parties respectfully request that this Court 1) modify its

21  September 9, 2011 *Order Continuing Trial and Pretrial Deadlines*, 2) modify its October 18,

22  2011 *Order Selecting ADR Process Early Neutral Evaluation*, and 3) continue the current

23  discovery cut-off and all pre-trial and trial related dates for at least thirty (30) days including but

24  not limited to the dates requested below:

25  ///

26  ///

27  ///

28  ///

3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | Current Deadline | Proposed Deadline |
|---|---|---|
| **Mediation / Early Neutral Evaluation Deadline** | January 16, 2012 | February 22, 2012 |
| **Discovery Cut-Off** | January 5, 2012 | February 9, 2012 |
| **Motion Hearing Cut-Off** | January 13, 2012 | February 17, 2012 |
| **Hearing On Motion For Joinder Of Madeline Martinez** | January 13, 2012 | February 17, 2012 |
| **Pre-Trial Conference** | February 24, 2012 | March 30, 2012 |
| **Trial** | March 5, 2012 | April 9, 2012 |

Dated:  December 22, 2011                              The McGary Firm

By: _____/s/_____

Andrea D. McGary, Esq.

Attorneys for Plaintiff/Counter-Defendant
STEVEN A. GRAY

Dated:  December 22, 2011                              United States Attorney Office,
Tax Division

By: _____/s/_____

Cynthia L. Stier, Esq.
Assistant United States Attorney
Tax Division

Attorneys for Defendant/Counter-Claimant
UNITED STATES OF AMERICA

4

**ORDER**

Upon consideration of the parties' *Stipulation & [Proposed] Order To Continue Pretrial, ADR, and Trial Deadlines,* and good cause appearing therefor,

IT IS HEREBY ORDERED that the pretrial and trial deadlines be continued as follows:

|  | Previous Deadline | Revised Deadline |
|---|---|---|
| **Mediation / Early Neutral Evaluation Deadline** | January 16, 2012 | February 22, 2012 |
| **Discovery Cut-Off** | January 5, 2012 | February 9, 2012 |
| **Motion Hearing Cut-Off** | January 13, 2012 | February 17, 2012 |
| **Hearing On Motion For Joinder Of Madeline Martinez** | January 13, 2012 | Februrary 17, 2012 |
| **Pre-Trial Conference** | February 24, 2012 | March 30, 2012 |
| **Trial** | March 5, 2012 | April 9, 2012 |

IT IS SO ORDERED.

Dated: December 27, 2011

_____
Honorable Samuel Conti

United States District Court Judge

i