| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612) <br> United States Attorney |
| 2 | THOMAS MOORE (ASBN 4305-O78T) <br> Assistant United States Attorney |
| 3 | Chief, Tax Division <br> CYNTHIA STIER (DCBN 423256) |
| 4 | Assistant United States Attorney <br> 11th Floor Federal Building |
| 5 | 450 Golden Gate Avenue, Box 36055 <br> San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7000 |
| 7 | Attorneys for the United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN A. GRAY, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. <br>_____ <br> UNITED STATES OF AMERICA, <br><br> Counter-claimant, <br><br> v. <br><br> MANUEL MARTINEZ and STEVEN A. GRAY, <br><br> Counter-defendants. <br>_____ | Case No. CV 11-0680 SC <br><br> STIPULATION TO EXTEND DEADLINE TO REINSTATE CASE AND [~~PROPOSED~~] ORDER |

IT IS HEREBY STIPULATED AND AGREED AND RESPECTFULLY REQUESTED by and between the Plaintiff, Steven A. Gray, and Defendant, United States of America, as reflected by the signatures of their respective counsel as set forth below:

1. That Plaintiff, Steven A. Gray and the United States entered into a settlement on March 23, 2012.

2. Pursuant to the Stipulation of the parties, the Court allowed until April 23, 20012, to consummate the settlement terms or reinstate the case.

3. The parties request that the Court extend the time period to reinstate the case to May 7, 2012, as the settlement terms have not been consummated to date. The parties represent that they have undertaken efforts to resolve these issues to date and believe that the additional two weeks will be sufficient to reach a resolution.

IT IS SO STIPULATED:

        MELINDA HAAG
        United States Attorney

        __/s/_____
        CYNTHIA STIER
        Assistant U.S. Attorney
        Attorneys for the United States of America
        Tax Division

        __/s/_____
        ANDREA D. McGARY
        Counsel for Plaintiff, Steven A. Gray

**ORDER**

Upon the stipulation of Plaintiff, Steven A. Gray, and Defendant, United States of America, it is HEREBY ORDERED, ADJUDGED and DECREED that the deadline to notify this Court whether the terms of the settlement have been consummated is extended from April 23, 2012, to May 7, 2012.

IT IS FURTHER ORDERED that all other terms of this Court's Order of Dismissal filed March 26, 2012, remain in effect.

**ORDERED** this __25__ day of __April__, 2012, at San Francisco, California.

        _____
        **SAMUEL CONTI**
        **United States District Judge**

*IT IS SO ORDERED*
*Judge Samuel Conti*

**Gray v. US, Case No. 11-0680-SC**
**Stip. to Extend Deadline to**
**Reinstate Case and [proposed] Order**      2